### THOMAS H. BARNES ET AL., APPELLEES, V. EARL C. BARKER ET AL., APPELLANTS.

FILED MAY 29, 1931. No. 27912.

*R. O. Reddish* and *J. W. Kinsinger,* for appellants.

*Neighbors & Coulter, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY and DAY, JJ.

PER CURIAM.
Appeal from confirmation.

JUDGMENT AFFIRMED.